


DISTRICT ATTORNEY
# DANIEL J. KINDRED
38TH JUDICIAL DISTRICT

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

5/7/2015 3:14:22 PM

KEITH E. HOTTLE
Clerk

May 7, 2015

Keith E. Hottle                                        VIA E-FILING
Clerk
Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

     RE:   *Michael Rivas v. State of Texas*
            *Court of Appeals Number: 01-14-00181-CR*
            *Trial Court Number: 12-04-10954-CR, in the 38th Judicial District Court,*
            *Medina County, Texas*

Dear Mr. Hottle:

Enclosed please find the Brief of Appellee/State of Texas.

My sincere apologies to the Court for the delay in this filing and submission.

If you have any concerns or questions, please feel free to contact me.

I appreciate your assistance in this matter.

Sincerely,

/s/ *Christina Busbee*
CHRISTINA BUSBEE
Assistant District Attorney

CMT

Enclosures

| UVALDE COUNTY | MEDINA COUNTY | REAL COUNTY |
|---|---|---|
| COURTHOUSE SQUARE, BOX NO. 5 | 3102 AVENUE G | P.O. BOX 750 |
| UVALDE, TEXAS 78801 | HONDO, TEXAS 78861 | LEAKEY, TEXAS 78873 |
| TELEPHONE: (830) 278-2916 | TELEPHONE: (830) 741-6187 | TELEPHONE: (830) 232-5202 |
| FACSIMILE: (830) 278-4731 | FACSIMILE: (830) 741-6033 | FACSIMILE: (830) 232-6888 |